UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Jennett Harlow,<br><br>                    Plaintiffs,<br><br>    v.<br><br>Metropolitan Life Insurance Company; Kaiser Foundation Health Plan, Inc. Long Term Disability<br><br>                    Defendants. | Case No.<br>EDCV 17-02091 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrent herewith,

    This matter came before the Court on bench trial scheduled for January 23, 2019. Upon reviewing the parties' trial briefs and the administrative record, the Court determined that oral argument was unnecessary for decision, and therefore took the matter under submission on January 17, 2019. In the concurrently filed Order, the Court entered Findings of Fact and Conclusions of Law under Rule 52 of the Federal Rules of Civil Procedure, finding that Metropolitan Life Insurance Company ("MetLife") improperly terminated Plaintiff's benefits under the

disability benefit plan established by her employer Kaiser Foundation Health Plan, Inc., and that Plaintiff was entitled to have judgment entered in her favor. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That judgment is hereby entered in favor of Plaintiff Jennett Harlow in accordance with the concurrently filed Order; and
2. That the action be, and hereby is, dismissed.

Dated: March 11, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge