MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
      scalvert@donahuehorrow.com

RUSSELL G. PETTI (SBN 137160)
The Law Offices of Russell G. Petti
466 Foothill Blvd., # 389
La Canada, California 91011
Telephone: (818) 952-2168
Facsimile: (818) 952-2186
Email: rpetti@petti-legal.com

Attorneys for Plaintiff
JENNETT HARLOW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| JENNETT HARLOW, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY,<br><br>    Defendants. | Case No.: 5:17-cv-02091 JGB (SPx)<br>Honorable Jesus G. Bernal<br><br>**JUDGMENT REGARDING ATTORNEYS' FEES AND COSTS**<br><br>Complaint Filed: October 12, 2017 |

– 1 –

JUDGMENT REGARDING ATTORNEYS' FEES AND COSTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This case arose from a dispute between Plaintiff Jennett Harlow ("Ms. Harlow") and Defendant Metropolitan Life Insurance Company ("MetLife") and Kaiser Foundation Health Plan, Inc. Long Term Disability ("Defendants ") regarding Harlow's entitlement to long-term disability benefits under an ERISA-governed employee welfare benefit plan administered by MetLife. Following the submission of trial briefing, the Court ordered MetLife to pay Ms. Harlow the remaining benefits due under the Plan's twenty-four month "own occupation" definition of disability, and remanded the claim back to MetLife to determine if Ms. Harlow was disabled under the policy's "any occupation" standard. (Dkt No. 60) The only issue left to be resolved by the Court was whether Ms. Harlow is entitled to attorneys' fees and costs from Defendants pursuant to 29 U.S.C. Section 1132(g)

After considering the briefing submitted by the parties, all accompanying filings and all other matters presented to the Court, for all the reasons detailed in the Court's May 23, 2018 Order Granting-In-Part Plaintiff's Motion for Attorneys' Fees (Dkt. No. 70), **IT IS ORDERED AND ADJUDGED**:

1. Ms. Harlow is entitled to $182,650 in attorneys' fees and $3,659.58 in costs; and
2. Accordingly, Ms. Harlow is owed $ 186,309.58 by Defendants, which must be paid within thirty-one (31) days of entry of this Judgment.

IT IS SO ORDERED.

DATED: May 30, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE